# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 98-3849

_____

| | | |
|---|---|---|
| Minnesota Civil Liberties Union, a Minnesota nonprofit corporation; Randall Tigue; Kathleen Hauser; Robert Lee Johnson; Edward Clark; | * * * * * | |
| Plaintiffs, | * * | |
| Beck, formerly known as David Wayne Vanderbeck, | * * * | Appeal from the United States District Court for the District of Minnesota. |
| Appellant, | * * | |
| | * | [UNPUBLISHED] |
| v. | * * | |
| Kenneth Schoen, individually and as Commissioner of Corrections for the State of Minnesota; Frank Wood, individually and as Warden of the Minnesota State Prison, | * * * * * | |
| | * | |
| Appellees. | * | |

_____

Submitted: March 5, 1999
Filed: March 19, 1999

_____

Before McMILLIAN, LOKEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Beck appeals from the district court's[1] denial of his motion for contempt in this case involving a prison's inmate mail regulations. We grant Beck's motion to proceed in forma pauperis, assess the $105 appellate filing fee against Beck, and direct the district court to calculate his initial partial appellate filing fee and to order collection of that fee and the remaining installments from him in accordance with 28 U.S.C. § 1915 and the procedures outlined in Henderson v. Norris, 129 F.3d 481, 484-85 (8th Cir. 1997) (per curiam). We also deny his motion for appointment of counsel. Finally, after careful review of the record and Beck's brief, we affirm for the reasons stated by the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The HONORABLE PAUL A. MAGNUSON, Chief Judge, United States District Court for the District of Minnesota, adopting the report and recommendation of the HONORABLE JONATHAN G. LEBEDOFF, United States Magistrate Judge for the District of Minnesota.